148 So. 750

## COONER v. BARNETT.

### 1 Div. 108.

Court of Appeals of Alabama.

June 6, 1933.

Chas. W. Tompkins, of Mobile, for appellant.

Jas. E. Duggan, of Mobile, for appellee.

SAMFORD, Judge.

Action to recover money lost in a crap game. Judgment for defendant, and plaintiff appeals.

There are no assignments of error.

In absence of such assignments, there is nothing to review, and the judgment is affirmed.

Affirmed.